UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>$240,000.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>       Defendants. | Case No. 2:21-cv-07155-RSWL-MRWx<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that potential claimant Zen Alldredge's time to file a claim is hereby extended from May 9, 2022 to June 23, 2022 and to file an answer or other responsive pleading to the complaint is extended from May 30, 2022 to July 14, 2022.

Dated: <u>May 9, 2022</u>            ***/S/ RONALD S.W. LEW***
                               THE HONORABLE RONALD S.W. LEW
                               UNITED STATES DISTRICT JUDGE

///

///

///

1    Presented By:

2    TRACY L. WILKISON
     United States Attorney
3    SCOTT M. GARRANGER
     Assistant United States Attorney
4    Chief, Criminal Division
     JONATHAN GALATZAN
5    Assistant United States Attorney
     Chief, Asset Forfeiture Section

6

7           /s/
     VICTOR A. RODGERS
8    MAXWELL COLL
     Assistant United States Attorneys
9    Asset Forfeiture Section

10   Attorneys for Plaintiff
     UNITED STATES OF AMERICA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28