UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$240,000.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>    Defendants. | Case No. 2:21-cv-07155-RSWL-MRWx<br><br>**[**~~PROPOSED~~**] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that potential claimant Zen Alldredge's time to file a claim is hereby extended from June 23, 2022 to August 8, 2022 and to file an answer or other responsive pleading to the complaint is extended from July 14, 2022 to August 29, 2022.

Dated: June 22, 2022              */S/ RONALD S.W. LEW*
                                  THE HONORABLE RONALD S.W. LEW
                                  UNITED STATES DISTRICT JUDGE

Presented By:

1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRANGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5

6  _____/s/_____
   VICTOR A. RODGERS
7  MAXWELL COLL
   Assistant United States Attorneys
8  Asset Forfeiture Section

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

2