UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$240,000.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>        Defendants. | Case No. 2:21-cv-07155-RSWL-MRWx<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that potential claimant Zen Alldredge's time to file a claim is hereby extended from September 22, 2022 to November 7, 2022 and to file an answer or other responsive pleading to the complaint is extended from from October 13, 2022 to November 28, 2022.

Dated: September 22, 2022

                                /S/ RONALD S.W. LEW
                                _____
                                THE HONORABLE RONALD S.W. LEW
                                UNITED STATES DISTRICT JUDGE