FILED
CLERK, U.S. DISTRICT COURT

JUN - 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNK #40

**DENIED**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>$240,000.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>　　　Defendants. | Case No. 2:21-cv-07155-PSG-MRW<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

　　　Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that potential claimant Zen Alldredge's time to file a claim is hereby extended from June 5, 2023 to August 4, 2023, and to file an answer or other responsive pleading to the complaint is extended from from June 26, 2023 to August 25, 2023.

Dated: _____        _____Denied._____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE